# United States Court of Appeals
## For the First Circuit

No. 25-1045

WILLIAM HERNANDO USMA ACOSTA,

Petitioner,

v.

TODD BLANCHE, Acting United States Attorney General,

Respondent.

**ERRATA SHEET**

The opinion of this Court, issued on May 1, 2026, is amended as follows:

On page 53, line 18, please remove the phrase <and the broader decision to waive eligibility> so the sentence reads:

> <Instead, the factual circumstances undergirding a discretionary denial are "within the IJ's discretion, and as such, we are powerless to review them." Id.>